UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| HOUSTON CASUALTY COMPANY,<br>                    Plaintiff,<br>v.<br>CIBUS US LLC,<br>                    Defendant. | Case No.: 19cv828-JO-AGS<br><br>**ORDER SETTING PRETRIAL AND TRIAL DATES** |
|---|---|

    Plaintiff Houston Casualty Company and Defendant Cibus US, LLC (collectively, "Parties") have filed a joint motion regarding proposed pretrial and trial dates. Dkt. 118.

    The Parties' joint motion is GRANTED IN PART and DENIED IN PART, and the Court hereby sets the following pretrial and trial dates:

| Event | Date |
|---|---|
| Meet and Confer Deadline regarding Exhibits and Witnesses for Trial Phase I | June 13, 2022 |
| Lodge Proposed Pretrial Order | June 27, 2022 |

| Motions in Limine Due | July 11, 2022 |
|---|---|
| Responses to Motions in Limine Due | July 25, 2022 |
| Pretrial Conference/Hearing on Motions in Limine | August 10, 2022 |
| Exchange Final Exhibit and Witness Lists | August 22, 2022 |
| Phase I Bench Trial | September 26, 2022 |

The Court will set a status conference after the Court's ruling in Phase I of the trial to discuss proposed dates with respect to Phase II.

**IT IS SO ORDERED**.

Dated: 5/10/22

Honorable Jinsook Ohta
United States District Judge