1  TROUTMAN PEPPER LOCKE LLP
   Terrence R. McInnis (SBN 155416)
2  terrence.mcinnis@troutman.com
3  Steven D. Allison (SBN 174491)
   steven.allison@troutman.com
4  James A. Hazlehurst (SBN 257711)
5  james.hazlehurst@troutman.com
   100 Spectrum Center Drive, Suite 1500
6  Irvine, California 92618-4984
7  Telephone: 949.622.2700
   Facsimile:  949.622.2739
8

9  *Attorneys for Plaintiff & Counter-Defendant*
10 Houston Casualty Company

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA—SAN DIEGO**

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, a Texas Corporation, | Case No. 3:19-cv-00828-JO-DDL |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| vs. | |
| CIBUS US LLC, a California Limited Liability Company, | |
| Defendant. | |
| CIBUS US LLC, a California Limited Liability Company, | |
| Counter-Claimant, | |
| vs. | |
| HOUSTON CASUALTY COMPANY, a Texas Corporation, | |
| Counter-Defendant. | |

Case No. 3:19-cv-00828-JO-DDL

Plaintiff and Counter-Defendant Houston Casualty Company ("HCC") and Defendant and Counter-Claimant Cibus US LLC ("Cibus") hereby respectfully notify the Court that in lieu of HCC filing a Motion to Alter or Amend the Judgment pursuant to Federal Rule of Civil Procedure 59(e) today, they have reached a binding settlement agreement in this matter that will result in full satisfaction of this Court's August 8, 2025 Judgment following remand, Dkt. No. 267 (the "Judgment") and any additional relief HCC would have sought in an Amended Judgment. The parties' agreement has been memorialized by email between counsel but will be set forth as well in a formal settlement agreement to be completed.

Dated: September 5, 2025

Respectfully Submitted,

TROUTMAN PEPPER LOCKE LLP

By: */s/ Steven D. Allison*
Terrence R. McInnis
Steven D. Allison
James A. Hazlehurst

*Attorneys for Plaintiff/Counter-Defendant Houston Casualty Company*

Dated: September 5, 2025

HALPERN MAY YBARRA GELBERG LLP

By: */s/ Marc D. Halpern*
Marc D. Halpern
Douglas J. Brown

*Attorneys for Defendant/Counter-Claimant Cibus US LLC*

## SIGNATURE ATTESTATION

I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

*/s/ Steven D. Allison*
Steven D. Allison

TROUTMAN PEPPER LOCKE LLP
100 SPECTRUM CENTER DRIVE
SUITE 1500
IRVINE, CA 92618